UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                                CASE NUMBER 08-20784

William Ernest Potts and Maria Sunta Potts

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 8/13/2013                                                TIME: 01:45

APPEARANCES:
  Kendrick, L.
  Baker, Mike

ISSUE:

113   6/21/2013   &lt;HR&gt;This case is hereby set for status hearing before the court as to why the trustee, L. Craig Kendrick, has not filed a Final Account, and/or Final Report in this matter. The trustee is ordered to file a status report in this case specifically detailin

DISPOSITION:
  Cont

JUDGE'S NOTES:

  6 months

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Tuesday, August 13, 2013**
**(ekm)**