UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

WILLIAM ERNEST POTTS                     CASE NO. 08-20784
MARIA SUNTA POTTS
DEBTOR(S)                                CHAPTER 7

### ORDER TO DEPOSIT FUNDS INTO REGISTRY

WHEREAS, L. Craig Kendrick, Trustee in Bankruptcy, has moved for authorization to deposit unclaimed funds into the United States Treasury, the Court seeing no reason for delay, and in all ways sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that the Trustee is authorized to deposit $9,218.38, representing the full amount of unclaimed funds of the Estate, into the United States Treasury.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be serviced on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court of a certificate of service of the Order upon such parties within ten (10) days hereof.**

United States Trustee's Office
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

Internal Revenue Service
PO Box 2116
Philadelphia, PA 19114

Samantha Evans, Esq.
samantha@samanthaevans.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, June 13, 2016
(tnw)